IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 06-1476203 | Case No: 22-10877 (LSS)<br><br>Chapter 11 |
| In re:<br><br>PARKVIEW OPERATING COMPANY, LP,<br><br>Debtor.<br><br>Tax I.D. No. 46-4677273 | Case No. 22-10878 (LSS<br><br>Chapter 11 |
| In re:<br><br>PARKVIEW HOLDING COMPANY GP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-2071536 | Case No. 22 -10879 (LSS)<br><br>Chapter 11 |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE
DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES
ONLY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an Order (this "Order") (a) directing procedural consolidation and joint administration of the Debtors' related chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding

---

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these proceedings and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other or further notice need be provided; and upon consideration of the Motion and all pleading related thereto; and this Court having determined that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Mariner Health Central, Inc., Case No. 10877 (LSS).

3. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

4. An entry shall be made on the docket of each of the Debtors' cases, other than that of Mariner Health Central, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Mariner Health Central, Inc., Case No. 22-10877 (LSS); Parkview Holding Company GP, LLC, Case No. 22-10879 (LSS); and Parkview Operating Company, LP, Case No. 22-10878 (LSS). The docket in the chapter 11 case of Mariner Health Central, Inc., Case No. 22-10877 (LSS), should be consulted for all matters affecting this case.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

6. Nothing in the Motion or this Order is intended or shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases.

7. The Debtors and Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: September 21st, 2022**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

3

DOCS_DE:240654.3 54622/001